Levi WOODERTS, Jr., Petitioner–
Appellant,

v.

WARDEN, FEDERAL CORRECTION-
AL INSTITUTION SEAGOVILLE,
Respondent–Appellee.

No. 05–10871
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 30, 2006.

Levi Wooderts, Jr., Seagoville, TX, pro
se.

Stephen P. Fahey, U.S. Attorney's Of-
fice Northern District of Texas, Dallas,
TX, for Respondent–Appellee.

Before DeMOSS, STEWART, and
PRADO, Circuit Judges.

PER CURIAM: *

Levi Wooderts, Jr., federal pris-
oner # 29639–077, appeals from the dis-
trict court's denial of his 28 U.S.C. § 2241
petition. Wooderts argues that the Bu-
reau of Prisons (BOP) improperly denied
him credit on his federal sentence begin-
ning from the time of his arrest by state
law enforcement officials and that, follow-
ing the dismissal of state charges and lift-
ing of a state parole violator warrant, he
was in the sole custody of the federal
Government. Wooderts has failed to show

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

that the state custody was interrupted, and he was not entitled to credit on his federal sentence for the time that he was in federal custody pursuant to a writ of habeas corpus ad prosequendum. *See United States v. Brown,* 753 F.2d 455, 456 (5th Cir.1985). With the benefit of liberal construction, Wooderts also argues that the BOP failed to consider properly his request for a nunc pro tunc designation that would have effectuated the concurrent running of his federal and state sentences. Given the district court's clarification that Wooderts's sentence was to be served consecutively to any state sentence, the BOP did not abuse its discretion in declining to grant Wooderts's request. *See* 18 U.S.C. §§ 3584(a)-(b), 3621(b).

The district court's judgment is AFFIRMED.